1

2

3

4

5

UNITED STATES DISTRICT COURT

6

EASTERN DISTRICT OF CALIFORNIA

7

8

ANTHONY BLACKBURN,
CORPORATION,

CASE NO. CV F 13-0054 LJO GSA

9

10

Plaintiff,

**ORDER TO ADDRESS WHETHER AN
AMENDED COMPLAINT WILL BE FILED
AND ASSIGNMENT TO A U.S.
MAGISTRATE JUDGE FOR ALL
PURPOSES**

vs.

11

12

STURGEON SERVICES
INTERNATIONAL, INC.,

(Doc. 6.)

13

14

Defendant.

15

_____/

16

Judges in the Eastern District of California carry the heaviest caseload in the nation, and this

17

Court is unable to devote inordinate time and resources to individual cases and matters.   This Court

18

must avoid devotion of resources to unfruitful matters, such as motions which become moot, and must

take measures to maximize limited judicial resources and staff.

19

As such, this Court ORDERS plaintiff's counsel, no later than April 3, 2013, to file papers to

20

indicate whether plaintiff will file either: (1) an amended complaint; or (2) an opposition to

21

defendant's pending motion to dismiss.   This Court has found that amended complaints often resolve

22

matters raised by motions to dismiss.   This order is not an indication of this Court's view of the

23

pending matter or how it will rule.

24

In addition, this Court ORDERS all parties' counsel to consider, and if necessary, to

25

reconsider, consent to a U.S. Magistrate Judge to conduct all further proceedings, including trial.   The

Magistrate Judges' availability is far more realistic and accommodating to parties than that of a U.S.

26

District Lawrence J. O'Neill who must prioritize criminal and older civil cases over more recently

27

28

1   filed civil cases.   This Court ORDERS the parties' counsel, no later than April 3, 2013, to file and

2   serve papers to indicate whether each party consents to the conduct of all further proceedings by U.S.

    Magistrate Judge.   U.S. Magistrate consent forms are available on this Court's website.

3          Civil trials set before Judge O'Neill trail until he becomes available and are subject to

4   suspension mid-trial to accommodate criminal matters.   Civil trials are no longer reset to a later date

5   if Judge O'Neill is unavailable on the original date set for trial.   Moreover, this Court's Fresno

6   Division randomly and without advance notice reassigns civil actions to U.S. District Judges

7   throughout the nation to serve as visiting judges.   In the absence of Magistrate Judge consent, this

8   action is subject to reassignment to a U.S. District Judge from outside the Eastern District of

    California.

9          The parties and counsel are encouraged to contact the offices of United States Senators Diane

10  Feinstein and Barbara Boxer to address this Court's inability to accommodate the parties and this

11  action.   For further information regarding handling of this action, the parties may contact staff

12  attorney Gary Green at (559) 499-5683 or email him at ggreen@caed.uscourts.gov.

13

14

15  IT IS SO ORDERED.

16     Dated:    **March 25, 2013**                    **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28