# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BLACKBURN,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>STURGEON SERVICES<br>INTERNATIONAL, INC., et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. CV F 13-0054 LJO JLT<br><br>**ORDER TO SET DEADLINE TO FILE<br>AMENDED COMPLAINT**<br>(Doc. 11) |

　　　Given plaintiff's notice of intent to file an amended complaint, this Court ORDERS plaintiff, no later than April 15, 2013, to file and serve a first amended complaint.

　　　IT IS SO ORDERED.

**Dated:　April 4, 2013**　　　　　　　　　　/s/  Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1