**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION**

| | |
|---|---|
| ANTHONY BLACKBURN,<br><br>    Plaintiff,<br>v.<br><br>STURGEON SERVICES INTERNATIONAL, INC., a California corporation; ADRIANN ROSALES, an individual; and DOES 1-100, inclusive,<br><br>    Defendants. | Case No.: 1:13-cv-00054- JLT<br><br>**ORDER ON STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>(Doc. 31) |

Pursuant to the Stipulation of the parties, it is hereby ordered that the operative Scheduling Order is modified as follows:

    1.    <u>Non-Expert Discovery Cut-Off</u>.  Continued from October 14, 2013 to November 4, 2013.

    4.    <u>Settlement Conference</u>.  Continued from September 25, 2013 to October 30, 2013 at 9:30 a.m. before the Honorable Barbara A. McAuliffe.

All other deadlines set forth in the Scheduling Order shall remain the same, and all other provisions of the Scheduling Order shall remain in full force and effect.

IT IS SO ORDERED.

    Dated:  **September 17, 2013**          **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE