UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION

| | |
|---|---|
| ANTHONY BLACKBURN,<br><br>    Plaintiff,<br>    v.<br><br>STURGEON SERVICES INTERNATIONAL, INC., et al..,<br><br>    Defendants. | Case No.:  1:13-cv-00054- JLT<br><br>**ORDER AMENDING SCHEDULING ORDER** |

On October 1, 2013, the Court held a telephonic conference at the request of counsel. The Court was informed that due to a serious medical condition, counsel for Plaintiff will be unable to complete discovery in the timeframe set forth in the scheduling order and the amendment thereto.  In addition, Defendants believe that a motion for summary adjudication, if decided in their favor, would reduce the amount of discovery needed.  Thus, the parties have agreed that the motion will be filed and decided before the bulk of the remaining discovery is conducted.

Good cause appearing, the Court **ORDERS**:

1.    The motion for summary adjudication will be filed no later than November 15, 2013.[1]  The opposition will be filed no later than December 6, 2013 and the reply will be filed no

---

[1] In the event this deadline is impacted by counsel's medical condition, counsel may file a stipulation setting forth alternate dates.

later than December 20, 2013.  The hearing on the motion will be held on January 13, 2014 at 9:30 a.m.  Counsel SHALL comply with the meet-and-confer requirements set forth in the scheduling order related to dispositive motions (Doc. 22 at 5) and SHALL file a joint statement of undisputed facts;

    2.    Written discovery will be completed during the pendency of the motion and depositions of witnesses who may offer testimony relevant to the motion may proceed. However, all other discovery, unrelated to the motion, will be stayed pending the determination on the motion for summary adjudication, unless counsel agree otherwise;

    3.    All other dates, including the settlement conference currently set on October 30, 2013 before Judge McAuliffe, are **VACATED**.

IT IS SO ORDERED.

    Dated:   **October 2, 2013**            **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE