1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**
9              **EASTERN DISTRICT OF CALIFORNIA**
10
11  ANTHONY BLACKBURN,                    )  Case No.: 1:13-cv-00054 - JLT
                                          )
12              Plaintiff,                )  ORDER AFTER NOTICE OF SETTLEMENT
                                          )
13      v.                                )  (Doc. 43)
                                          )
14  STURGEON SERVICES INTERNATIONAL,      )
    INC., and ADRIANN ROSALES,            )
15                                        )
                Defendants.               )
16  _____ )

17          On July 10, 2014, Plaintiff notified the Court he had reached a settlement of the matter.  (Doc.
18  52)  Pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:
19          1.      The stipulated request for dismissal **SHALL** be filed no later than **August 1, 2014**;
20          2.      All pending dates, conferences and hearings are **VACATED** and any pending motions
21                  are ordered **TERMINATED**.
22
23  IT IS SO ORDERED.
24      Dated:   __**July 11, 2014**__            _____**/s/ Jennifer L. Thurston**
25                                               UNITED STATES MAGISTRATE JUDGE
26
27
28

                                1