**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY BLACKBURN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STURGEON SERVICES INTERNATIONAL, INC., and ADRIANN ROSALES,<br><br>　　　　　Defendants. | Case No.: 1:13-cv-00054- JLT<br><br>ORDER DISMISSING THE ACTION WITH PREJUDICE AND DIRECTING THE CLERK TO CLOSE THE ACTION |

On August 1, 2014, Plaintiff Anthony Blackburn and Defendants Sturgeon Services International Inc. and Adriann Rosales, stipulated to dismiss the action with prejudice pursuant to Fed.R.Civ.P. 41(a)(1).  (Doc. 54.)

Pursuant to the terms of the stipulation, it is **HEREBY ORDERED**:

1. The parties' joint motion to dismiss (Doc. 54) is **GRANTED**;
2. Plaintiff's complaint is **DISMISSED WITH PREJUDICE**; and
3. The Clerk of Court **IS DIRECTED** to close this action because this Order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:　**August 4, 2014**　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1